**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. ) | |
| 4111 West Gore Boulevard ) | |
| Lawton, Oklahoma 73505 ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
|      v. ) | Civil Action No. _____ |
| ) | |
| Hector V. Barrito, Administrator ) | |
| SMALL BUSINESS ADMINISTRATION ) | |
| 409 Third Street, N.W. ) | |
| Washington, D.C. 20416 ) | |
| ) | |
|      SERVE: ) | |
|      Hector V. Barrito, Administrator ) | |
|      409 Third Street, N.W. ) | |
|      Washington, D.C. 20416 ) | |
| ) | |
|      AND ) | |
| ) | |
|      UNITED STATES ATTORNEY ) | |
|      555 4th Street, N.W. ) | |
|      Washington, D.C. 20001 ) | |
| ) | |
|      AND ) | |
| ) | |
|      UNITED STATES ATTORNEY ) | |
|      GENERAL ) | |
|      950 Pennsylvania Avenue, N.W. ) | |
|      Washington, D.C. 20530 ) | |
| ) | |
|      AND ) | |
| ) | |
| U.S. ARMY CONTRACTING AGENCY ) | |
| NRCC Leavenworth Division ) | |
| 600 Thomas Avenue, Unit 3 ) | |
| Room 254 ) | |
| Fort Leavenworth, KS 66027-1417 ) | |
| ) | |

SERVE:                                        )
Viola Owens, Contracting Specialist           )
600 Thomas Avenue, Unit 3                      )
Room 254                                       )
Fort Leavenworth, KS 66027-1417                )
    AND                    )
                                               )
UNITED STATES ATTORNEY                         )
555 4th Street, N.W.                           )
Washington, D.C. 20001                         )
                                               )
    AND                    )
                                               )
UNITED STATES ATTORNEY                         )
GENERAL                                        )
950 Pennsylvania Avenue, N.W.                  )
Washington, D.C. 20530                         )
                                               )
    Defendants.             )
_____)

## VERIFIED COMPLAINT FOR INJUNCTIVE
## AND DECLARATORY RELIEF

Plaintiff Advanced Systems Technology, Inc. ("AST"), for its claims for relief against defendants United States of America, Small Business Administration ("SBA") and Army Contracting Agency, Northern Region Contracting Center, Fort Leavenworth ("ACA, NRCC"), alleges and states as follows:

### NATURE OF ACTION

1.     This action is an appeal from arbitrary and capricious decisions issued by the SBA through its Office of Hearings and Appeals related to solicitations for the ACA, NRCC.

2.     This action seeks injunctive relief to (1) prevent the award under Solicitation No. W91QF4-05-R-0008 until the SBA Office of Hearings and Appeals considers AST's arguments in opposition to the revised Northern American Industry Classification System ("NAICS") Code and considers the true nature of the work performed at TRAC-Leavenworth and (2) suspend the

2

end of the response due date and award under Solicitation No. W91QF4-05-R-0011 until the SBA Office of Hearings and Appeals considers AST's arguments in opposition to the revised NAICS Code and considers the true nature of the work performed at TRAC-WSMR. This injunctive relief should be pending this Court's review of the prior decisions of the SBA through its Office of Hearings and Appeals and any further action directed to be taken by the SBA Office of Hearings and Appeals on remand. The injunctive relief AST seeks is to allow AST to participate in the appeal process and to prevent the irreparable injury to it without due process.

## JURISDICTION AND VENUE

3.      This action arises under arises under the Constitution of the United States and the Administrative Procedures Act, 5 U.S.C. §§ 551(e), 706 et seq. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1346(a)(2). In addition, further adjudication of SBA administrative decisions lies with a District Court pursuant to the terms of the Small Business Act, 15 U.S.C. § 634(b).

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

5.      AST is a corporation organized under the laws of the State of Oklahoma. AST has and will be affected adversely by the SBA and resultant ACA, NRCC's actions.

6.      Defendant SBA is an independent agency of the United States, with offices at 409 Third Street, S.W., Washington, D.C.

7.      Defendant ACA, NRCC is a Field Operating Agency reporting to the Assistant Secretary of the ACA, NRCC for Acquisition, Logistics, and Technology.

## BACKGROUND FACTS

**TRAC-LEAVENWORTH**

8.      On August 5, 2005, the ACA, NRCC issued Solicitation No. W91QF4-05-R-0008 ("Solicitation 0008") for a multiple award Indefinite Quantity type contract for non-personal services in support of the U.S. Army Training and Doctrine Command ("TRADOC") Analysis Center ("TRAC") located at Fort Leavenworth, Kansas.

9.      One of the multiple awards was to be made to a small business.

10.     AST is the incumbent contractor for the work performed for TRAC-Leavenworth through Contract No. DABT65-01-D0001.  Solicitation 0008 is the "follow-on" solicitation to the contract.

11.     According to the Performance Work Statement in Solicitation 0008, TRAC is the principal operations research activity for TRADOC and conducts analyses and studies that provide senior decision-makers with information necessary to make decisions regarding proposed concepts, requirements, and programs.  This is accomplished by supporting leaders and soldiers with operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids. *See* Performance Work Statement at C.1.2.2, attached as Exhibit "A".

12.     Solicitation 0008 originally contained North American Industry Classification System ("NAICS") code 541710 with a corresponding 500 employee size standard.

13.     AST is eligible to bid on contracts with a NAICS Code of 541710 as it has less than 500 employees.

14.     On August 19, 2005, RhinoCorps, Ltd. ("RhinoCorps") filed an appeal of the NAICS Code contained in Solicitation 0008 alleging that the NAICS Code should be changed to a more restrictive one.

4

15.    On September 23, 2005, the Small Business Administration's Office of Hearings and Appeals ("SBA OHA") issued a decision changing the NAICS Code in Solicitation 0008 from NAICS Code 541710 to 541690, with a corresponding $6 million annual receipts standard. *See* Decision, dated September 23, 2005, attached as Exhibit "B".

16.    AST is not eligible to bid as a small business for solicitations with NAICS Code 541690 because AST's annual receipts exceed $6 million and therefore could not bid on Solicitation 0008 as a small business.

17.    On September 23, 2005, the ACA, NRCC issued an Amendment to the Solicitation changing the NAICS Code to 541690 "due to SBA decision on NAICS code appeal, Docket No. 2005-08-19-45." *See* Amendment, attached as Exhibit "C".

18.    As a result of the Amendment, the proposal due date was extended to October 7, 2005.

19.    AST never received official notice that an appeal was undertaken by RhinoCorps.

20.    AST first learned of the NAICS Code appeal when the Solicitation was amended on September 23, 2005.

21.    On October 3, 2005, AST filed a timely appeal to the SBA OHA protesting the change in the NAICS Code in Solicitation 0008.

22.    The basis for the appeal was the failure to include AST, as the incumbent contractor, in the appeal process or to consider the true nature of the work performed at TRAC-Leavenworth as the appropriate basis for the NAICS code determination. *See* Appeal dated October 3, 2005, attached and incorporated herein as Exhibit "D".

23.    On October 14, 2005, the SBA OHA dismissed the October 3, 2005 appeal. *See* Order Dismissing Appeal, dated October 14, 2005, attached as Exhibit "E".

24.    The October 14, 2005 decision stated that the appeal had to be dismissed because "this Office has already issued a decision that the appropriate NAICS code for this RFP is 541690, Other Scientific and Technical Consulting Services, with a corresponding $6 million annual receipts size standard, this decision controls all other appeals of this RFP's NAICS code designation." *See* Exhibit "E" at page 3.

**TRAC-WSMR**

25.    On August 30, 2005, the ACA, NRCC issued Solicitation No. W91QF4-05-R-011 ("Solicitation 0011") for services as to be provided in support of TRAC at White Sands Missile Range, New Mexico ("WSMR").

26.    Solicitation 0011 was restricted to small businesses and had a designated NAICS code of 541710 with a corresponding 500 employee size standard.

27.    AST is the incumbent contractor for the work performed for TRAC-WSMR through Contract No. DAAD07-98-C-0106.  Solicitation 0011 is the follow-on solicitation to the contract.

28.    On September 8, 2005, RhinoCorps filed an appeal to the SBA OHA asserting that the NAICS code in Solicitation 0011 was inappropriate, and urged a more restrictive code.

29.    On or about October 4, 2005 AST heard third-hand that an appeal may be pending on the TRAC-WSMR Solicitation at the SBA OHA.

30.    During a telephone call from undersigned counsel to the SBA OHA, it was first learned on October 5, 2005 that there was a pending appeal filed by RhinoCorp on the TRAC-WSMR Solicitation.

31.    That day, AST filed a Motion to Intervene in the appeal proceeding.  *See* Motion to Intervene, dated October 5, 2005, attached and incorporated herein as Exhibit "F".

32.     On October 7, 2005, the SBA OHA denied AST's Motion to Intervene. *See* Order Denying Motion to Intervene, dated October 7, 2005, attached as Exhibit "G".

33.     In the Order Denying the Motion to Intervene, the SBA OHA stated that "this Office issued a Notice and Order in this case that closed the record on September 28, 2005."

34.     The Notice referenced in the Order Denying Motion to Intervene, dated October 7, 2005 was not served on AST, the incumbent contractor.

35.     On October 7, 2005, the SBA OHA issued a decision on the RhinoCorps appeal. The SBA OHA determined that the NAICS Code should be changed on the TRAC-WSMR Solicitation to 541511 with a corresponding $21 million annual receipts size standard. *See* Decision, dated October 7, 2005, attached as Exhibit "H".

36.     Solicitation 0011 was subsequently amended to change the NAICS Code to 541511 and extended the response date to October 27, 2005. *See* Amendment, dated October 12, 2005, attached as Exhibit "I".

37.     AST is not eligible to bid on Solicitation 0011 as its annual receipts are in excess of $21 million.

38.     On October 17, 2005, AST filed a timely appeal to the SBA OHA of the amendment of Solicitation 0011.   *See* Appeal, dated October 17, 2005, attached and incorporated herein as Exhibit "J".

39.     The basis for the appeal was the failure to include AST, as the incumbent contractor, in the appeal process or to consider the true nature of the work performed at TRAC-WSMR as the appropriate basis for the NAICS code determination.

40.     On October 17, 2005, AST filed a Motion for Reconsideration of the SBA OHA October 7, 2005 denial of AST's Motion to Intervene and the October 7, 2005 decision changing

the NAICS Code. *See* Motion for Reconsideration, dated October 17, 2005, attached as Exhibit "K".

## CLAIMS FOR RELIEF

### Count I
### (violations of Administrative Procedures Act and Constitutional Due Process as to TRAC-Leavenworth)

41.    AST realleges and incorporates herein paragraphs 1-40.

42.    The October 14, 2005 SBA OHA order in Docket No. NAICS-2005-10-03-45 dismissed AST's appeal without ever addressing the merits of that appeal.

43.    Instead, the order rests *solely* on the grounds that OHA's "precedent explicitly holds that a decision which determines the correct code for a solicitation controls in the case of later-filed appeals concerning the same solicitation." *See* Order dismissing appeal dated October 14, 2005 at 2, attached as Exhibit "L".

44.    It is a fundamental element of due process under both the Constitution and the Administrative Procedure Act that parties likely to be affected by administrative actions be given reasonable advance notice and an opportunity to present their point of view.

45.    AST was never given the opportunity to contest RhinoCorps' appeal of the agency's initial NAICS code designation.

46.    AST received public notice of the agency's amended code designation when the solicitation was amended and filed a timely protest.

47.    On information and belief, following the filing of RhinoCorps appeal of the agency's initial NAICS code designation, *the only parties afforded notice of the appeal were the agency itself and the appellant.*

8

48.     In these circumstances, the agency's reliance on its disposition of the RhinoCorps appeal as exclusive grounds for dismissal of AST's later, but timely, appeal was a violation of AST's due process rights.

49.     OHA's refusal even to *consider* the merits of AST's subsequent timely appeal of the amended solicitation – lacking any legitimate procedural basis, was arbitrary and capricious.

### Count II
### (violations of Administrative Procedures Act and
### Constitutional Due Process as to TRAC-WSMR)

50.     AST realleges and incorporates herein paragraphs 1-49.

51.     On October 5, 2005 AST filed its motion to intervene in Docket No. NAICS-2005-09-0848.

52.     On October 7, 2005, OHA denied AST's motion to intervene stating that, "[o]n September 13, 2005, [it] had issued a Notice and Order in this case that closed the record on September 28, 2005."

53.     AST did not know that the record had closed in Docket No. NAICS-2005-09-0848 prior to filing its Motion to Intervene as the "Notice" was not public.

54.     AST still has not been provided a copy of the Notice and Order dated September 13, 2005.

55.     AST's motion to intervene pointed out its status as the incumbent contractor for the follow-on solicitation, a factor that gave it an obvious stake in the outcome of the appeal proceedings and makes it an "interested party."

56.     OHA's sole stated reason for denying AST's motion to intervene was that "the short suspense dates applicable to NAICS appeals" create a "need for prompt decision making to further the goals of the procurement process."

9

57.    By denying AST's Motion to Intervene, the SBA tainted the decision dated October 7, 2005, revising the NAICS Code on the TRAC-WSMR Solicitation.

58.    The failure to give AST notice of the proceeding appealing the NAICS Code designation was arbitrary and capricious and deprived AST of its constitutionally protected due process rights.

59.    The failure to allow AST to intervene in the appeal of NAICS designation for TRAC-WSMR was arbitrary and capricious and deprived AST of its constitutionally protected due process rights.

### Count II
### (declaratory judgment)

60.    AST realleges and incorporates herein paragraphs 1-59.

61.    The SBA OHA decisions dated September 23, 2005, October 7, 2005, and October 14, 2005 were arbitrary and capricious, in violation of the APA and the Constitution and are unlawful.

62.    As a result of the foregoing, AST is entitled to a declaration pursuant to 28 U.S.C. § 2201 et seq. that orders of the SBA OHA changing the NAICS Code for both the TRAC-Leavenworth and TRAC-WSMR are invalid and of no force or effect.

## PRAYER FOR RELIEF

Wherefore, AST respectfully requests:

(a)     As to Count I, that the Court enjoin the U.S. Army Contracting Agency from making an award under Solicitation No. W91QF4-05-R-0008, TRAC-Leavenworth;

(b)     As to Count II, that the Court enjoin the U.S. Army Contracting Agency from making an award under Solicitation No. W91QF4-05-R-0011, TRAC-WSMR.

(c)     As to both Count I and Count II, that the Court vacate the SBA-OHA order dated September 23, 2005 granting RhinoCorps' appeal on TRAC-Leavenworth; and that the Court vacate the October 7, 2005 order granting RhinoCorps' appeal in TRAC-WSMR; and that the Court vacate the October 14, 2005 order dismissing AST's appeal.

(d)     As to Count III, that the Court declare that the Orders issued by the SBA are invalid and of no force or effect.

(e)     For such other and further relief as the Court shall find is just and reasonable.

Dated:  October 24, 2005

LAWRENCE BLOCK (#452190)
HARVEY REITER (#232942)
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff Advanced Systems Technology, Inc.*

<u>VERIFICATION</u>

       I swear under penalty of perjury that the statements contained in this Verified Complaint are true to the best of my knowledge, information and belief.

ADVANCED SYSTEMS TECHNOLOGY, INC.

By: _____

     Paul Jemison, Director and Manager -- Business Development and Marketing