# Exhibit A

| SOLICITATION, OFFER AND AWARD | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | | PAGE 1 | OF PAGES 124 |
|---|---|---|---|---|---|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO. W91QF4-05-R-0008 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 5. DATE ISSUED 05 Aug 2005 | 6. REQUISITION/PURCHASE NO. | | | |
| 7. ISSUED BY NRCC LEAVENWORTH DIV 600 THOMAS AVE UNIT 3 ROOM 254 FORT LEAVENWORTH KS 66027-1417 TEL: FAX: | | CODE W91QF4 | 8. ADDRESS OFFER TO (If other than Item 7) See Item 7 | | CODE TEL: FAX: | | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and __4__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in _____See Block 7_____ until __02:00 PM__ local time __23 Sep 2005__
(Hour)           (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME VIOLA OWENS | B. TELEPHONE (Include area code) (NO COLLECT CALLS) 913-684-1625 | C. E-MAIL ADDRESS viola.owens@leavenworth.army.mil |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 95 - 100 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 62 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 63 - 81 | X | J | LIST OF ATTACHMENTS | 101 |
| X | D | PACKAGING AND MARKING | 82 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 83 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 102 - 113 |
| X | F | DELIVERIES OR PERFORMANCE | 84 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 85 - 86 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 114 - 121 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 87 - 94 | X | M | EVALUATION FACTORS FOR AWARD | 122 - 124 |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | |
|---|---|---|---|---|
| 15B. TELEPHONE NO (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | | 17. SIGNATURE | 18. OFFER DATE |

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION | |
|---|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)(  )   [ ] 41 U.S.C. 253(c)(  ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
| 24. ADMINISTERED BY (If other than Item 7)     CODE | | 25. PAYMENT WILL BE MADE BY     CODE | |
| 26. NAME OF CONTRACTING OFFICER (Type or print) TEL:                                     EMAIL: | | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable                    33-134                    STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

Section C - Descriptions and Specifications

PERFORMANCE WORK STATEMENT

# SECTION C Performance Work Statement

**C.1 SCOPE OF WORK.** The contractor shall provide all fixed price labor and cost reimbursable travel required by task order to support the mission of the U.S. Army Training and Doctrine Command (TRADOC) Analysis Center (TRAC), Fort Leavenworth, Kansas.

**C.1.1 General.** The contractor support shall encompass a wide range of TRAC mission requirements and essential tasks that include, but are not limited to: operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids. TRAC leads the TRADOC team in conducting major studies and analysis to support Army doctrine, organization, training, materiel, logistics, personnel, and facilities (DOTMLPF) issues associated with the transforming Army. In providing this support, TRAC develops, manages, operates, and maintains the analytic support infrastructure (tools, scenarios, data, and simulations) to enable analysis of Army combined arms operations in a joint and coalition context. TRAC also identifies critical warfighting requirements based on technologies and concepts, often in the form of technical reports or related documentation which may include graphical design, which would effectively and efficiently integrate operational capabilities among the DOTMLPF areas. TRAC analysis related support functions additionally may include those of computer operations and maintenance, security, administration, graphics, technical editing, and supply.

C.1.2 Background Information.

**C.1.2.1 Locations.** The TRAC Headquarters element is located at Fort Leavenworth, KS with subordinate elements at Fort Leavenworth, KS; Fort Lee, VA; White Sands Missile Range, NM; and the Naval Postgraduate School, Monterey, CA.

**C.1.2.2 Mission.** TRAC is the principal operations research activity for TRADOC and conducts analyses and studies that provide senior decision-makers with information necessary to make decisions regarding proposed concepts, requirements, and programs. This is accomplished by supporting leaders and soldiers with operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids. TRAC leads the TRADOC team in conducting major studies and analysis to support Army DOTMLPF issues associated with the transforming Army.

**C.1.2.3 Requirement for Contracted Support.** TRAC is required to produce analyses and studies, and perform related tasks that often exceed its manpower and support capacities or skills. TRAC also supports projects for which other Army organic capabilities do not exist.

**C.2 SPECIAL KNOWLEDGE AND EXPERIENCE.** Contractor personnel must be knowledgeable and experienced in Department of Army (DA) and joint policies, doctrine, concepts, tactics, techniques, and procedures, as well as experienced in operations research and systems analysis (ORSA) of large, complex databases, modeling and simulation (including advanced information and simulation technologies), scenario wargaming, and graphical user interfaces, art and design. Contractor personnel must also have knowledge and experience in computer support, operations and maintenance, and information management, security administration, administrative support, technical editing, and supply operations. Although not all task orders under this contract will require application of knowledge and experience in all these areas, some will require in-depth application of broad knowledge and experience in multiple areas. Contractor must have the ability to augment workforce with qualified personnel to meet requirements of specific task orders issued within the scope of this contract.