# Exhibit B

NAICS-4729

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
WASHINGTON, D.C.

| | |
|---|---|
| NAICS APPEAL OF: | ) |
| | ) |
| RhinoCorps, Ltd. co. | ) Docket No. NAICS-2005-08-19-45 |
| | ) |
| Appellant | ) Decided: September 23, 2005 |
| | ) |
| Solicitation No. W91QF4-05-R-0008 | ) |
| U.S. Army Contracting Agency | ) |
| Northern Region Contracting Center | ) |
| Fort Leavenworth, Kansas | ) |

APPEARANCE

Anthony Contri, Esq.
Rhino Corps
For Appellant

DIGEST

A procurement to provide studies and analyses on military topics is appropriately classified under North American Industry Classification System (NAICS) code 541690, Other Scientific and Technical Consulting Services, with a corresponding $6 million annual receipts size standard.

DECISION

HOLLEMAN, Administrative Judge:

Jurisdiction

This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq.,* and 13 C.F.R. Parts 121 and 134.

- 2 -

Issue

Whether a procurement to provide studies and analyses on military topics is appropriately classified under North American Industry Classification System (NAICS) code 541710, Research and Development in the Physical, Engineering, and Life Sciences; 541330, Engineering Services; or 541690, Other Scientific and Technical Consulting Services.

I. BACKGROUND

A. Procedural Background

On August 11, 2005, the U. S. Army Contracting Agency, Northern Region Contracting Center in Fort Leavenworth, Kansas (Army), issued the subject Request for Proposals No. W91QF4-05-R-0008 (RFP).  The purpose of the procurement is to provide support for the mission of the U.S. Army Training and Doctrine Command (TRADOC) Analysis Center (TRAC) in Fort Leavenworth, with subordinate elements at Fort Lee, Virginia, White Sands Missile Range, New Mexico (WSMR), and the Naval Postgraduate School, Monterey, California.

TRADOC's mission is to  recruit, train and educate the Army's soldiers; develop leaders; support training in units; develop doctrine; establish standards; and build the future Army. *See* www.tradoc.mil. TRAC conducts research on potential military operations worldwide to inform decisions about the most challenging issues facing the Army and the Department of Defense. TRAC helps to define and underpin the concepts, requirements and programs that enable the Army to be properly organized, equipped, trained and ready.  TRAC conducts operations research on a wide range of military topics, some contemporary but most often set 5 to 15 years in the future. *See* www.trac.army.mil.

The Contracting Officer (CO) issued the procurement as a partial small business set aside (multiple awards are contemplated) and designated North American Industry Classification System (NAICS) code 541710, Research and Development in the Physical, Engineering, and Life Sciences, with a corresponding 500 employee size standard, as the applicable NAICS code for the procurement.

On August 19, 2005, RhinoCorps, Ltd. Co. (Appellant) filed the instant appeal, asserting that the appropriate NAICS code for this procurement was 541330, Engineering Services, with a corresponding $4 million annual receipts size standard.  Appellant asserts that this code has a $23 million annual receipts size standard, but that is only under the subcodes, Military and Aerospace Equipment and Military Weapons, and Contracts and Subcontracts for Engineering Services under the National Energy Policy Act of 1992. *See* 13 C.F.R. § 121.201.  As will become clear later, neither of these subcodes apply to the instant RFP.

NAICS-4729

- 3 -

B. The Performance Work Statement

The Performance Work Statement (PWS) calls for the contractor to support a wide range of TRAC missions including: operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids.  TRAC leads the TRADOC team in conducting major studies and analyses to support Army doctrine, organization, training, materiel, logistics, personnel, and facilities issued associated with the transforming Army.  TRAC develops and manages the analytic support infrastructure (scenarios, data, and simulations) to enable analysis of Army operations.

Contractor personnel must be knowledgeable and experienced in Army policies, doctrine, concepts, tactics, techniques and procedures, as well as experienced in operations research and systems analysis of large, complex databases, modeling and simulations, and scenario wargaming.  Contractor personnel must also have knowledge and experience in computer support, operations and maintenance; and information management, security administration, administrative support, technical editing, and supply operations.

The Contractor will have to provide personnel in the following categories:  Military Analyst, Research Analyst (on military topics), Software Engineer, Systems Administrator, Computer Systems Analyst, Computer Technicians, Database Developers, Graphics Specialists, Security Manager, Administrative Assistant for Security, Technical Editor, Office Manager, and Secretary.

The Contractor will conduct studies and analyses tasks as specified in individual Task Orders.  The studies will be of issues in the areas of policy, doctrine, organization, training, materiel, leadership, personnel and facilities.  The areas of military expertise required for various efforts include battle command, joint operations, military functional areas, weapons and support system capability, tactics, techniques, and procedures for both systems and units, current and future doctrine, and current and emerging threats.

The Contractor will conduct a variety of military research activities in support of scenario and model development, experimentation, and analyses.  The Contractor will also conduct a variety of research activities, using modern scientific, mathematical and engineering techniques and experimentation methods to contribute to the development of operations research methods with application to TRAC studies.  The contractor will also conduct software engineering research to support the studies.  The Contractor will conduct modeling and simulation tasks as specified in the task orders.  The Contractor will also provide support to Army experimentation, addressing issues in the areas of system and equipment interoperability, and battle command requirements.

The Contractor will execute a comprehensive security program encompassing information personnel and physical security for TRAC's multiple open storage facilities at Fort Leavenworth.  The Contractor will also perform supply and inventory functions for TRAC at Fort Leavenworth.

- 4 -

C. The Appeal

Appellant asserts that other solicitations for similar procurements to support TRAC have used the 541330 NAICS code. (Appellant points to the subject procurement in *Size Appeal of Advanced Systems Technology Incorporated*, SBA No. NAICS-4667 (2004).) Appellant further asserts that it believes that this procurement stems from a procurement for support at WSMR, which was classified under NACIS code 541330. Appellant asserts that there may be separate competitions for work performed at TRAC's various locations, and the work previously announced under NAICS code 541330 is now included in the instant solicitation. By advertising a reduced size standard, the Army reduced the number of companies which could respond.

Appellant further asserts that the support services the Army seeks here to procure are not Research and Development, but Engineering Support. The RFP calls for assistance with the TRAC's operations research activity providing analyses and studies regarding military operations. The contractor's personnel must be knowledgeable and experienced in Army policies, doctrine, concepts, tactics techniques and procedures as well as operations research and systems analysis.

Appellant asserts this RFP seeks to procure operations research, which is the discipline of applying advanced analytical techniques to help make better decisions and to solve problems. Appellant argues that this is not research and development. Appellant further argues that planning and conduct of analyses and studies; modeling and simulation; and computer operations and maintenance support, all required by this RFP, are also not research and development. All of these activities are more properly characterized as applied engineering support, rather than research and development.

Appellant also asserts that it appears that the small business set-aside may be only for security support services, which cannot be classified as research and development.[1]

II. DISCUSSION

Appellant filed the instant appeal within 10 days after the Army issued the solicitation. Thus, the appeal is timely. *NAICS Appeal of IT Research Corporation,* SBA No. NAICS-4499, at 5 (2002); 13 C.F.R. § 134.304(a)(3).

Appellant has the burden of proving, by a preponderance of the evidence, all elements of its appeal. Specifically, it must prove the CO's NAICS code designation is based on a clear error of fact or law. *NAICS Appeal of Durodyne, Inc.*, SBA No. NAICS-4536, at 4 (2003); 13 C.F.R. § 134.314. The correct NAICS code is that which best describes the principal purpose of the

---

[1] The Army included a brief e-mail message discussing its NAICS code designation with its submission of the solicitation, but this was not considered, as it was not served in or upon Appellant in accordance with 13 C.F.R. § 134.204.

- 5 -

services being procured, in light of the industry description in the *NAICS Manual*,[2] the description in the solicitation, and the relative weight of each element in the solicitation. *Durodyne*, SBA No. NAICS-4536, at 4; 13 C.F.R. § 121.402(b).

The NAICS code designated by the CO, 541710, covers:

> [E]stablishments primarily engaged in conducting research and experimental development in the physical, engineering, and life sciences, such as agriculture, electronics, environmental, biology, botany, biotechnology, computers, chemistry, food, fisheries, forests, geology, health, mathematics, medicine, oceanography, pharmacy, physics, veterinary, and other allied subjects.

*NAICS Manual*, at 745.

"Research and Development" means laboratory or other physical research and development. It does not include economic, educational, engineering, operations, systems, or other nonphysical research; or computer programming, data processing, commercial and/or medical laboratory testing. 13 C.F.R. § 121.201, fn. 11(a).[3]

The predecessors of this NAICS code under the Standard Industrial Classification (SIC) system were various codes dealing with research and development, including 8731, Commercial Physical and Biological Research. *NAICS Manual* (1997),[4] at 882.

Under this Office's precedent, these SIC codes were found applicable to procurements for scientific and technological support for an ongoing drug abuse and drug addiction research program; a research laboratory involved in the development and testing of biological systems for military aircraft; and technical services to support research and development of aerospace and guided missile systems. *SIC Appeal of Braton Biotech, Inc.*, SBA No. SIC-4180 (1996); *SIC Appeal of Engineering Spectrum, Incorporated*, SBA No. SIC-3899 (1994); *SIC Appeal of Malcolm Thomas Industries, Inc.*, SBA No. SIC-3667 (1992).[5] Conversely, the code was found inapplicable to procurements for support services for a center for the assessment of reproductive health risks which would not include research; and for the evaluation of research, as opposed to the research itself. *SIC Appeal of Information Ventures, Inc*, SBA No. SIC-4259 (1997); *SIC Appeal of The Cadmus Group, Inc.*, SBA No. SIC-3315 (1990).

---

[2] Executive Office of the President, Office of Management and Budget, *North American Industry Classification System Manual* (2002).

[3] Some NAICS codes are further defined in SBA's size regulations, which provide additional criteria for classifying procurements under those NAICS codes. *NAICS Appeal of Prudent Technologies, Inc.*, SBA No. NAICS-4710, at 5 (2005).

[4] Executive Office of the President, Office of Management and Budget, *North American Industry Classification System Manual* (1997).

[5] Case precedent of this Office decided under the prior SIC system is applicable to NAICS code appeals. *NAICS Appeal of Phoenix Scientific Corporation*, SBA No. NAICS-4416, at 8 (2000).

- 6 -

In *Cadmus*, this Office held that these codes included basic research, defined as the continuing search for new knowledge with only the direction of the researcher himself; applied research, defined as laboratory studies concerning the practical application of new knowledge; and development, which takes applied research out of the laboratory and translates it into production. *SIC Appeal of The Cadmus Group, Inc.*, SBA No. SIC-3315, at 8-9 (1990).

The NAICS code urged by Appellant, 541330, covers:

[E]stablishments primarily engaged in applying physical laws and principles of engineering in the design, development, and utilization of machines, materials, instruments, structures, processes, and systems. The assignments undertaken by these establishments may involve any of the following activities: provision of advice, preparation of feasibility studies, preparation of preliminary and final plans and designs, provision of technical services during the construction or installation phase, inspection and evaluation of engineering projects, and related services.

*NAICS Manual*, at 731.

Examples include civil engineering services, construction engineering services, environmental engineering services, mechanical engineering services, and engineers' offices. *Id.*

The predecessor of this NAICS code under the SIC system was SIC code 8711, Engineering Services. *NAICS Manual* (1997), at 879. This Office has held that this code covers procurements for engineering services for radar systems; engineering and computer services for the testing and evaluation of prototypes; engineering services for an electronic systems center; and engineering in support of military equipment. *SIC Appeal of Eagle Systems, Inc.*, SBA No. SIC-3901 (1994); *SIC Appeal of Challenger Engineering, Inc.*, SBA No. SIC-3711 (1992); *SIC Appeal of Advanced Testing Technologies, Inc.*, SBA No. SIC-3687 (1992); *SIC Appeal of America House*, SBA No. SIC-3659 (1992).

Thus, the NAICS code designated by the CO, 541710, covers research and development in the physical, engineering, and life sciences, and has been found not to cover procurements which, while they may be related to such research, do not actually call for it. The code covers only laboratory or other physical research and development, it does not include nonphysical research, such as the type called for in the RFP. Appellant's preferred NAICS code, 541330, covers engineering services, involving the design and utilization of machines, materials, and systems. Neither of these codes appears to be appropriate here.

A review of the PWS reveals that the instant procurement calls for the contractor to provide consulting services on issues of military policy, doctrine and concepts. The contractor here will assist TRAC in its missions of operation analysis, warfighting scenarios, combat simulations, and operational effectiveness analysis. In other words, the contractor will not be conducting research into the physical, engineering, or life sciences, or performing engineering

- 7 -

services on machines, materials, instruments, processes and systems. The contractor will rather be conducting studies into the art and science of warfare, and supporting TRAC in its mission to study warfare. This is not covered by either Research and Development or Engineering. Army policies, doctrine, concepts, tactics techniques and procedures are not the stuff of either engineering or the natural or life sciences. Accordingly, the Administrative Judge finds that neither of these NAICS codes is appropriate for this procurement.

However, the Army has used another NAICS code for similar procurements, as Appellant has documented in its appeal. NAICS code 541690, Other Scientific and Technical Consulting Services, covers:

> [E]stablishments primarily engaged in providing advice and assistance to businesses and other organizations on scientific and technical issues (except environmental).

*NAICS Manual*, at 744.

The predecessor of this NAICS code under the SIC system was SIC code 8748, Business Consulting Services, Not Elsewhere Classified; and 8999, Services, Not Elsewhere Classified. These codes also include security consultants, and scientific and related consulting services. *NAICS Manual* (1997), at 881. This Office has held that a consulting code designation, rather than an engineering designation, appropriate when the procurement calls for data collection, analysis and the development of models rather than engineering. *SIC Appeals of Management Analysis, Incorporated, et al.*, SBA No. SIC-3409 (1991).

This case is clearly analogous to *Management Analysis*. The RFP requires the contractor not to conduct research and development itself, or to engage in engineering, but to use engineering and mathematical tools to provide studies and analysis to TRAC on military issues. This is precisely the type of activity NACIS code 541690 covers. Thus, the Administrative Judge finds that the instant procurement is most appropriately designated under NAICS code 541690. The contractor must have considerable expertise in computers, mathematics, and engineering to provide the services required here. The services are of consulting and advisory nature. Thus, the contractor will have to be providing scientific and technical consulting services. Further, the code has covered security services, which the RFP requires the contractor to provide.

Accordingly, the Administrative Judge concludes that Appellant has met its burden of establishing error in the CO's designation, that the CO's designation of NAICS code 541710 for this procurement is incorrect, but that the appropriate NAICS code is 541690, with a corresponding $6 million annual receipts size standard. The Administrative Judge therefore GRANTS this appeal.

- 8 -

III.  CONCLUSION

The appropriate NAICS code for this procurement is 541690, with a corresponding $6 million annual receipts size standard.  The Contracting Officer's designation is REVERSED, and the instant appeal is GRANTED.

This is the Small Business Administration's final decision.  13 C.F.R. § 134.316(b).


_____
CHRISTOPHER HOLLEMAN
Administrative Judge