# Exhibit C

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE S | PAGE OF PAGES 1 / 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 0002 | 3. EFFECTIVE DATE 23-Sep-2005 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE W91QF4 | 7. ADMINISTERED BY (If other than item 6)   CODE |
|---|---|---|
| NRCC LEAVENWORTH DIV<br>600 THOMAS AVE UNIT 3<br>ROOM 254<br>FORT LEAVENWORTH KS 66027-1417 | | See Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. W91QF4-05-R-0008 |
|---|---|---|
| | X | 9B. DATED (SEE ITEM 11) 05-Aug-2005 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    FACILITY CODE | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. Reason for Amendement: Due to SBA decision on NACIS code appeal, Docket No. 2005-08-19-45, the appropriate NAICS code for this procurement is 541690, with a corresponding $6 million annual receipts size standard.

b. The proposal due date has been extended to 7 Oct 05 at 2:00PM CDT.

c. Change all references to the period of performance as follows: Base year to 1 Feb 06 - 31 Jan 07, 1st Option period to 1 Feb 07 - 31 Jan 08, 2nd Option period to 1 Feb 08 - 31 Jan 09, 3rd Option period to 1 Feb 09 - 31 Jan 10, 4th Option Period to 1 Feb 10 - 31 Jan 11.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | TEL:    EMAIL: |
| 15B. CONTRACTOR/OFFEROR    15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA    16C. DATE SIGNED |
| _____ | BY _____    23-Sep-2005 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

W91QF4-05-R-0008<br>
0002<br>
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION A - SOLICITATION/CONTRACT FORM
    The required response date/time has changed from 26-Sep-2005 02:00 PM to 07-Oct-2005 02:00 PM.

(End of Summary of Changes)