# Exhibit D



STINSON
MORRISON
HECKER LLP

Lawrence P. Block
lblock@stinsonmoheck.com
www.stinsonmoheck.com

1150 18th Street N.W., Suite 800
Washington, D.C. 20036-3816

*Tel* (202) 785-9100
*Fax* (202) 785-9163

October 3, 2005

VIA FACSIMILE AND FEDERAL EXPRESS
Office of Hearings and Appeals
Small Business Administration
Suite 5900, 409 3rd Street, SW
Washington, DC 20416

VIA FEDERAL EXPRESS
NRCC Leavenworth Division
c/o Viola Owens, Contracting Specialist
600 Thomas Avenue, Unit 3
Room 254
Fort Leavenworth, KS 66027-1417

RE: Solicitation No. W91QF4-05-R-0008; Change of North American Industrial Classification Code (NAICS) for Contractor Support Services from NAICS 541710 to NAICS 541690

Dear Sir/Madam:

Advanced Systems Technology, Incorporated ("AST"), 4111 West Gore Blvd., Lawton, OK 73505, (580) 248-0321, by and through undersigned counsel, hereby timely protests, pursuant to 13 C.F.R. § 121.1601 et al and FAR 19.303, the decision of the NRCC Leavenworth Division to modify the NAICS Code in the Solicitation from NAICS 541710 to 541690 for Solicitation No. W91QF4-05-R-0008. The Office of Hearings and Appeals has jurisdiction over this matter pursuant to 13 C.F.R. § 134.102(k).

I.   Factual Background

As the result of a decision of the SBA Office of Hearings and Appeals dated September 23, 2005, Docket No. NAICS-2005-08-19-45, titled *NAICS Appeal of RhinoCorps, Ltd. Co.*, Solicitation No. W91QF4-05-R-0008 was amended to change the NAICS Code from NAICS 541710 to 541690. (Exhibit A). AST was not informed of the pending appeal until a decision was issued and therefore had no notice and did not participate in the appeal process. AST is a veteran-owned small business under NAICS Code 541710.

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

Office of Hearings and Appeals
October 3, 2005
Page 2

AST is the prime contractor under Contract No. DABT65-01-D0001 ("Contract"). The period of performance is March 2001 through February 28, 2006. Under the Contract, AST provides support services to the TRADOC Analysis Center, Fort Leavenworth, Kansas ("TRAC-Leavenworth"). Solicitation No. W91QF4-05-R-0008 is the follow-on solicitation for the Contract.

Under the Contract, AST personnel provide:

- Analytical support services.
- Combat effectiveness and doctrinal modeling, testing, and analysis using Janus, CASTFOREM and Vector-in-Commander ("VIC") combat models and war games.
- Requisite modeling and analysis activities to include model Research and Development and to produce formal studies.
- Support various RDT&E funded customers in the conduct of studies and analyses.

It is important to note that TRAC is a Federal Laboratory and AST support to TRAC consists of performing specific tasks involving systematic research regarding future army systems. The chart below depicts the US Dept of Defense Acquisition Model and where TRAC provides major support to the process.



In the Pre-Systems Acquisition Phase, TRAC is heavily involved performing systematic investigations/experiments in determining Advanced Concepts Requirements and providing support to technology development. AST support to TRAC at this time consists of performing discrete tasks, such as supporting the conduct of studies, modeling and analysis activities but not in a consulting or advisory role.

Office of Hearings and Appeals
October 3, 2005
Page 3

The funding source for the two phases wherein TRAC is heavily involved is Research, Development, Test, and Evaluation (RDT&E) funds.

A review of the Performance Work Requirements contained in the Solicitation (Exhibit B), indicates that the contractor performs the listed tasks in a very systematic manner. For example, when tasked to support a modeling and analysis task, the contractor must do significant research in determining the data for input, development of the measures of merit, measures of effectiveness, and measures of performance. Once the data is input into the model, multiple model runs are conducted to generate the data for analysis. Inherent in the model run activity is to conduct sensitivity runs with modified data to determine potential impacts on system effectiveness. This process is in fact an experimentation wherein data is captured, analyzed, and documented for TRAC approval. AST has not provided consulting or advising services, rather AST provides input to the conduct of a TRAC study.

AST applies advanced analytical techniques but these techniques are to generate requisite data and documentation as input to TRAC for their consideration in arriving at a better decision as to what TRAC will <u>recommend to Army leaders for their decision</u>. TRAC is a Federal Lab charged with conduct of research and analysis activities to generate information for input to senior Army leaders for consideration in arriving at their decisions regarding Army systems. The input provided by TRAC directly influences research, development, and future acquisition – not current procurement.

In should be noted that the planning and conduct of analyses and studies; modeling and simulation; and computer operations and maintenance support, are research and development. Analyses and studies and modeling and simulation are applications of operations research within the RDT&E area, using RDT&E funds, in laboratory facilities to develop data for TRAC review. Computer operations and maintenance support are tasks that have direct application in supporting the TRAC studies and analysis infrastructure.

The Solicitation is for support of the TRAC Mission Essential List. Here is the TRAC METL:

- Conduct studies and analyses that inform key decisions made by TRADOC, Army, and Joint Leaders.
- Lead analysis for major Army **experiments**.
- Develop scenarios to underpin Army **Transformation**.
- Develop, configuration manage and apply verified and validated M&S.
- Research battlefield phenomenology to improve modeling and analysis.

The RFP does require the contractor to conduct research and development because these contractor-supported studies and analysis do in fact directly impact the

3

early stages of a systems life cycle. For example, the contractor supports TRAC in the conduct of Analysis of Alternatives (AoA) and the results of the AoA may directly impact the system characteristics prior to the system being developed. AST does not conduct engineering assessments or anything like that – AST only models the systems characteristics in the TRAC models to generate the necessary data, provided by the R&D community, for analysis regarding such things a system effectiveness and cost operational effectiveness of future systems.

The studies and analyses AST performs are not the type of activity that NAICS Code 541690 covers. The services are not of consulting and advisory nature. As the incumbent contractor, we can confirm that AST neither consults nor advises. AST performs specific tasks as part of a TRAC study team and at no time does AST consult or advise them.

II.   Argument

   A.   The NAICS Code Change was Improper.

The original NAICS Code, 541710, with a size standard of 500 employees, would increase the eligible pool of small businesses to include not only all small businesses eligible under the more restrictive NAICS Code 541690, but also other small businesses, including the incumbent contractor AST. AST has been supporting TRAC-Leavenworth for over 10 years. The change of the NAICS Code in the Solicitation severely and unfairly impacted AST as the incumbent veteran-owned small business prime contractor since AST does not qualify as a small business under the redesignated NAICS Code 541690 and therefore will not be able to bid for this procurement.

A company with less than $6 million in annual revenue per year could not easily support this contract. A small business concern averaging $6M or less in gross revenue per year could easily be overcome by the magnitude of the financial responsibilities of a contract this size.

The correct NAICS Code is that which best describes the principal purpose of the services being procured, in light of the industry description in the NAICS Manual, the description in the solicitation, and the relative weight of each element of the solicitation. *NAICS Appeal of Durodyne, Inc.*, SBA No. NAICS-4536, at 4 (2003); 13 C.F.R. § 121.402(b). Where the Contracting Officer has erred in designating the NAICS Code for a particular procurement, the Office of Hearings and Appeals has the authority to reverse a Contracting Officer's designation and render a final agency decision on NAICS Code appeals. *NAICS Appeal of Global Travel Network*, SBA No. NAICS-4420 at 3 (2001).

According to the 2002 NAICS Code directory, NAICS Code 541710 involves "establishments primarily engaged in research and experimental development in the

Office of Hearings and Appeals
October 3, 2005
Page 5

    physical, engineering, and life sciences, such as agriculture, electronics, environmental, biology, botany, biotechnology, computers, chemistry, food, fisheries, forests, geology, health, mathematics, medicine, oceanography, pharmacy, physics, veterinary, or other allied subjects. *See* NAICS Code 541710, attached as Exhibit C.

    The follow-on solicitation to the Contract under which AST is the prime contractor will require services that should be categorized under NAICS Code 541710.

    AST personnel model the physical, doctrinal, and human performance aspects of future weapons systems or processes using established and approved future war fighting scenarios during the research and conceptual stage of development to generate data for detailed analysis. The analysis is conducted to determine the combat effectiveness of the proposed system using established Operations Research Systems Analysis techniques. Upon completion of the data analysis phase, we provide input to the preparation of study documents that provide insight to system combat effectiveness contributions to Army and Joint forces. The majority of AST personnel performing on the current contract, and projected to perform on the follow-on contract, are Combat Operations Analysts and Operations Research Systems Analysts.

    The computer systems operations and maintenance tasks are more in the Information Technology (IT) area and are necessary to support the primary TRAC-Leavenworth combat effectiveness modeling and analysis capability by providing the TRAC-Leavenworth IT infrastructure and computer operations and maintenance capability. The multimedia production tasks include research into multimedia capabilities, current and future, in order to provide additional capabilities to TRAC products.

    To clarify certain points as to why AST believes this list more appropriately fits into NAICS 541710 rather than 541690, AST offers the following:

- AST does not provide advice to enable Army decisions. AST conducts modeling, analysis and studies of system attributes and provides data to TRAC-Leavenworth.
- AST supports TRAC-Leavenworth in accomplishing the Lead Analysis task for army experimentation and exercises through the conduct of studies, analysis, and on-site manpower as observers of experiments and exercises.
- AST supports TRAC-Leavenworth in development of scenarios to underpin Army transformation through research, modeling and simulation, and analysis of battlefield phenomenology.
- AST supports TRAC-Leavenworth in their development, maintenance, and enhancement of models and simulations; however, this effort is minimal in the context of AST personnel committed to this task.

> - AST supports TRAC-Leavenworth in the research of battlefield phenomenology to improve modeling analysis.

According to the 2002 NAICS Code directory, NAICS Code 541690 involves "establishments primarily engaged in providing advice and assistance to businesses and other organizations on scientific and technical issues (except environmental)." *See* NAICS Code 541690, attached as Exhibit D.

Importantly, AST <u>does not</u> currently nor will it be required on the follow-on contract to design and develop machines, materials, instruments, structures, processes, and systems. AST does not prepare feasibility studies, preliminary and final plans and designs, provide technical services during the construction or installation phase, or inspect and evaluate engineering projects. Therefore, NAICS Code 541690 is not applicable to the work required under the Solicitation.

TRAC has been designated a Federal Laboratory because of the work that TRAC is tasked to accomplish – clearly a designation that recognizes the Research, Development and Experimentation nature of TRAC mission and work. TRAC is authorized to initiate Federal Cooperative Research and Development Agreements ("CRADAs") and, in fact, have several currently active. All of these CRADAs are for Research and Development efforts.

III.   Conclusion

The purpose of the Small Business Act is to increase the bid opportunities for small businesses for federal procurements. The Contracting Officer has instead limited bidding opportunities for small business by modifying the NAICS Code for Solicitation No. W91QF4-05-R-0008 improperly and without any justification as the decision of *RhinoLabs* is incorrect. The correct NAICS Code of 541710 should be reinstated.

Please contact me with any questions.

Office of Hearings and Appeals
October 3, 2005
Page 7

Sincerely,

**STINSON MORRISON HECKER** LLP

*[signature]*

Lawrence P. Block

cc:

SBA Office of General Counsel (via federal express)
409 3rd Street S. W. Suite 7200
Washington, DC 20416

# Exhibit A

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE<br>S | PAGE OF PAGES<br>1 / 2 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>0002 | 3. EFFECTIVE DATE<br>23-Sep-2005 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY   CODE   W91QF4<br>NRCC LEAVENWORTH DIV<br>600 THOMAS AVE UNIT 3<br>ROOM 254<br>FORT LEAVENWORTH KS 66027-1417 | | 7. ADMINISTERED BY (If other than item 6)   CODE<br>See Item 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO.<br>W91QF4-05-R-0008 |
|---|---|---|
| | X | 9B. DATED (SEE ITEM 11)<br>05-Aug-2005 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE                            FACILITY CODE | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. Reason for Amendment: Due to SBA decision on NACIS code appeal, Docket No. 2005-08-19-45, the appropriate NAICS code for this procurement is 541690, with a corresponding $6 million annual receipts size standard.

b. The proposal due date has been extended to 7 Oct 05 at 2:00PM CDT.

c. Change all references to the period of performance as follows: Base year to 1 Feb 06 - 31 Jan 07, 1st Option period to 1 Feb 07 - 31 Jan 08, 2nd Option period to 1 Feb 08 - 31 Jan 09, 3rd Option period to 1 Feb 09 - 31 Jan 10, 4th Option Period to 1 Feb 10 - 31 Jan 11.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TEL:                         EMAIL: | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>23-Sep-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

W91QF4-05-R-0008
0002
Page 2 of 2

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION A - SOLICITATION/CONTRACT FORM
    The required response date/time has changed from 26-Sep-2005 02:00 PM to 07-Oct-2005 02:00 PM.

(End of Summary of Changes)

# Exhibit B

Section C - Descriptions and Specifications

PERFORMANCE WORK STATEMENT
*SECTION C Performance Work Statement*

**C.1 SCOPE OF WORK.** The contractor shall provide all fixed price labor and cost reimbursable travel required by task order to support the mission of the U.S. Army Training and Doctrine Command (TRADOC) Analysis Center (TRAC), Fort Leavenworth, Kansas.

**C.1.1 General.** The contractor support shall encompass a wide range of TRAC mission requirements and essential tasks that include, but are not limited to: operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids. TRAC leads the TRADOC team in conducting major studies and analysis to support Army doctrine, organization, training, materiel, logistics, personnel, and facilities (DOTMLPF) issues associated with the transforming Army. In providing this support, TRAC develops, manages, operates, and maintains the analytic support infrastructure (tools, scenarios, data, and simulations) to enable analysis of Army combined arms operations in a joint and coalition context. TRAC also identifies critical warfighting requirements based on technologies and concepts, often in the form of technical reports or related documentation which may include graphical design, which would effectively and efficiently integrate operational capabilities among the DOTMLPF areas. TRAC analysis related support functions additionally may include those of computer operations and maintenance, security, administration, graphics, technical editing, and supply.

C.1.2 Background Information.

**C.1.2.1 Locations.** The TRAC Headquarters element is located at Fort Leavenworth, KS with subordinate elements at Fort Leavenworth, KS; Fort Lee, VA; White Sands Missile Range, NM; and the Naval Postgraduate School, Monterey, CA.

**C.1.2.2 Mission.** TRAC is the principal operations research activity for TRADOC and conducts analyses and studies that provide senior decision-makers with information necessary to make decisions regarding proposed concepts, requirements, and programs. This is accomplished by supporting leaders and soldiers with operations analyses, experimentation, warfighting scenarios, combat modeling and simulations, operational effectiveness analysis, and planning and decision aids. TRAC leads the TRADOC team in conducting major studies and analysis to support Army DOTMLPF issues associated with the transforming Army.

**C.1.2.3 Requirement for Contracted Support.** TRAC is required to produce analyses and studies, and perform related tasks that often exceed its manpower and support capacities or skills. TRAC also supports projects for which other Army organic capabilities do not exist.

**C.2 SPECIAL KNOWLEDGE AND EXPERIENCE.** Contractor personnel must be knowledgeable and experienced in Department of Army (DA) and joint policies, doctrine, concepts, tactics, techniques, and procedures, as well as experienced in operations research and systems analysis (ORSA) of large, complex databases, modeling and simulation (including advanced information and simulation technologies), scenario wargaming, and graphical user interfaces, art and design. Contractor personnel must also have knowledge and experience in computer support, operations and maintenance, and information management, security administration, administrative support, technical editing, and supply operations. Although not all task orders under this contract will require application of knowledge and experience in all these areas, some will require in-depth application of broad knowledge and experience in multiple areas. Contractor must have the ability to augment workforce with qualified personnel to meet requirements of specific task orders issued within the scope of this contract.

**C.3 REQUIRING ACTIVITY AND LOCATION.** Authorized personnel of TRAC will develop task order requirements for submission to the Contracting Officer at Northern Region Contracting Center-Leavenworth (NRCC-L).

# Exhibit C

## 5417 Scientific Research and Development Services

This industry group comprises establishments engaged in conducting original investigation undertaken on a systematic basis to gain new knowledge (research) and/or the application of research findings or other scientific knowledge for the creation of new or significantly improved products or processes (experimental development). The industries within this industry group are defined on the basis of the domain of research; that is, on the scientific expertise of the establishment.

# Exhibit D

U.S. Census Bureau

# 2002 NAICS Definitions

541690 Other Scientific and Technical Consulting Services

This industry comprises establishments primarily engaged in providing advice and assistance to businesses and other organizations on scientific and technical issues (except environmental).

*Cross-References.* Establishments primarily engaged in environmental consulting are classified in Industry 541620, Environmental Consulting Services.

Go to: | No change 1997 to 2002 | 2002 NAICS to 1987 SIC | 1997 Economic Census | Bridge Between 1997 NAICS and SIC

| 2002 NAICS | 1997 NAICS | 1987 SIC | Corresponding Index Entries |
|---|---|---|---|
| 541690 | 541690 | 8748 | Agricultural consulting services |
| 541690 | 541690 | 8748 | Agrology consulting services |
| 541690 | 541690 | 8748 | Agronomy consulting services |
| 541690 | 541690 | 8748 | Biological consulting services |
| 541690 | 541690 | 8999 | Chemical consulting services |
| 541690 | 541690 | 8748 | Dairy herd consulting services |
| 541690 | 541690 | 8748 | Economic consulting services |
| 541690 | 541690 | 8748 | Energy consulting services |
| 541690 | 541690 | 8999 | Entomology consulting services |
| 541690 | 541690 | 8999 | Geochemical consulting services |
| 541690 | 541690 | 0781 | Horticultural consulting services |
| 541690 | 541690 | 8748 | Hydrology consulting services |
| 541690 | 541690 | 8748 | Livestock breeding consulting services |
| 541690 | 541690 | 7819 | Motion picture consulting services |
| 541690 | 541690 | 8999 | Nuclear energy consulting services |
| 541690 | 541690 | 8999 | Physics consulting services |
| 541690 | 541690 | 8748 | Radio consulting services |
| 541690 | 541690 | 8748 | Safety consulting services |
| 541690 | 541690 | 8748 | Security consulting services |

```
* * *  COMMUNICATION RESULT REPORT ( OCT. 3. 05  4:53PM ) * * *
                                        FAX HEADER:  STINSON MORRISON HECKER DC

TRANSMITTED/STORED : OCT. 3. 2005  4:48PM
FILE  MODE           OPTION          ADDRESS                    RESULT       PAGE
-----------------------------------------------------------------------------------
 314  MEMORY TX                      *999990000012022057059     OK           17/17



                          REASON FOR ERROR
                          E-1) HANG UP OR LINE FAIL        E-2) BUSY
                          E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION
```



STINSON
MORRISON
HECKER LLP

Tel (202) 785-9100
Fax
1150 18th Street N.W., Suite 800
Washington, D.C. 20036-3816

# Facsimile

| To: | Facsimile # | Firm | Firm Telephone # |
|---|---|---|---|
| Pat Lee | 202-205-7059 | Office of Hearings and Appeals | |

**From:** Larry Block

**Date:** October 3, 2005            **Pages:** 17 (including this cover sheet)

**Sender ID#:**                       **Client-Matter #:**

**The original of this document was sent by**
☐ First Class Mail    ☐ Overnight Mail
☐ Messenger           ☒ No Other Delivery
☐ Air Mail            ☐ Other:

**Comment:** The original will follow in the mail.

**Return Original To:** _____

**Notify When Complete:** _____

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

THIS TRANSMITTAL AND ACCOMPANYING DOCUMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. Unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify us at (202) 785-9100.