# Exhibit E

NAICS-4739

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
WASHINGTON, D.C.

| | |
|---|---|
| NAICS APPEAL OF: | |
| Advanced Systems Technology, Incorporated | Docket No. NAICS-2005-10-03-55 |
| Appellant | Decided: October 14, 2005 |
| Solicitation No. W91QF4-05-R-0008<br>Department of the Army<br>Army Contracting Agency<br>Fort Leavenworth, Kansas | |

ORDER DISMISSING APPEAL[1]

HOLLEMAN, Administrative Judge:

I. BACKGROUND

On August 11, 2005, the U. S. Army Contracting Agency, Northern Region Contracting Center in Fort Leavenworth, Kansas (Army), issued the subject Request for Proposals No. W91QF4-05-R-0008 (RFP). The purpose of the procurement is to provide support for the mission of the U.S. Army Training and Doctrine Command (TRADOC) Analysis Center (TRAC) in Fort Leavenworth, with subordinate elements at Fort Lee, Virginia, White Sands Missile Range, New Mexico (WSMR), and the Naval Postgraduate School, Monterey, California.

The Contracting Officer (CO) issued the procurement as a partial small business set aside (multiple awards are contemplated) and designated North American Industry Classification System (NAICS) code 541710, Research and Development in the Physical, Engineering, and Life Sciences, with a corresponding 500 employee size standard, as the applicable NAICS code for the procurement.

On August 19, 2005, RhinoCorps, Ltd. Co. filed an appeal with this Office, challenging the NAICS code designation. On September 23, 2005, this Office issued its decision overturning

---

[1] This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq.*, and 13 C.F.R. Parts 121 and 134.

- 2 -

the CO's NAICS code designation, and establishing NAICS code 541690, Other Scientific and Technical Consulting Services, with a corresponding $6 million annual receipts size standard, as the applicable size standard for the procurement. *NAICS Appeal of RhinoCorps, Ltd. Co.*, SBA No. NAICS-4729 (2005).

On September 23, 2005, the CO issued Amendment 2 to the RFP, changing the NAICS code in accordance with this Office's decision, and extending the due date for offers to October 7, 2005.

On October 3, 2005, Advanced Systems Technology, Incorporated, (Appellant) filed the instant appeal. Appellant asserts it was not informed of the previous proceedings, and did not participate. Appellant argues that the original NAICS code designation of 541710 was correct, and should be reinstated.

## II. DISCUSSION

Appellant filed the instant appeal within 10 days after the CO issued Amendment 2 changing the NAICS code. Thus, the appeal is timely. *NAICS Appeal of Prudent Technologies, Inc.*, SBA No. NAICS-4710 (2005); 13 C.F.R. § 134.304(a)(3).

Nevertheless, the Administrative Judge must dismiss this appeal. In deciding a NAICS code appeal this Office considers not only those codes advocated by the CO and the appellant, but any other code it deems, *sua sponte*, arguably is appropriate for the solicitation. This Office does so because SBA has a responsibility to ensure that, where an appeal raises the issue of NAICS code classification, the most appropriate NAICS code is selected. *SIC Appeal of Information Ventures, Inc.*, SBA No. SIC-4294, at 5 (1998).[2]

This Office has already reviewed this RFP and rendered a decision concerning the appropriate NAICS code for this procurement. This Office's decision specifically rejected the NAICS code Appellant now urges. *RhinoCorps, Ltd. Co.*, SBA No. NAICS-4729, at 5-7. In response, the CO did not reissue the RFP, but merely amended it to reflect the changed NAICS code designation. This Office's precedent explicitly holds that a decision which determines the correct code for a solicitation controls in the case of later-filed appeals concerning the same solicitation. *Information Ventures, Inc.*, SBA No. SIC-4294, at 4; *SIC Appeal of All Star Maintenance, Inc.*, SBA No. SIC-3308 (1990). To hold otherwise would permit constant relitigation of a solicitation's NAICS code, as successive potential offerors expressed their unhappiness with the codes determined by this Office's decisions. *All Star Maintenance, Inc.*, SBA No. 3308, at 2; *SIC Appeal of Crawford Technical Services, Inc.*, SBA No. SIC-3156, at 2 (1989).

---

[2] Case precedent of this Office decided under the prior Standard Industrial Classification (SIC) code system is applicable to NAICS code appeals. *NAICS Appeal of Phoenix Scientific Corporation*, SBA No. NAICS-4416, at 8 (2000).

SIZ-4739

- 3 -

Because this Office has already issued a decision that the appropriate NAICS code for this RFP is 541690, Other Scientific and Technical Consulting Services, with a corresponding $6 million annual receipts size standard, this decision controls all other appeals of this RFP's NAICS code designation. Accordingly, the Administrative Judge DISMISSES the instant appeal.

### III. CONCLUSION

For the above reasons, the Administrative Judge AFFIRMS the Contracting Officer's NAICS code designation and DISMISSES the instant appeal.

This is the final decision of the Small Business Administration. *See* 13 C.F.R. § 134.316(b).

CHRISTOPHER HOLLEMAN
Administrative Judge

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 17, 2005, I served the foregoing, by facsimile upon the following:

Lawrence P. Block, Esq.
Stinson Morrison Heckler LLP
Counsel to Advanced Systems
Technology Incorporated
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816
Fax (202) 785-9163

Viola K. Owens, Contract Specialist
Army Contracting Agency
Northern Region Contracting Center –
Fort Leavenworth
600 Thomas Avenue, Unit 3
Fort Leavenworth, KS 66027-1417
Fax (913) 684-1610

John W. Klein, Esq.
*Assoc. General Counsel for Procurement Law*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6873

David A. Javdan, Esq.
*General Counsel*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6846

*Patricia Lee*
Patricia Lee
Office of Hearings and Appeals