# Exhibit F

Case 1:05-cv-02080-ESH   Document 1-7   Filed 10/24/2005   Page 1 of 2

STINSON
MORRISON
HECKER LLP

Lawrence P. Block
lblock@stinsonmoheck.com
www.stinsonmoheck.com

1150 18th Street N.W., Suite 800
Washington, D.C. 20036-3816

Tel (202) 785-9100
Fax (202) 785-9163

October 5, 2005

Patricia Lee
Assistant Size Specialist
Office of Hearings and Appeals
409 Third Street, S.W., Suite 5900
Washington, D.C. 20416-0005

Dear Ms. Lee:

We represent Advanced Systems Technology, Inc., ("AST") the incumbent contractor at TRAC-WSMR for services set forth in follow-on Solicitation No. 91QF4-05-0011.

Thank you for speaking with me this afternoon. As a result of our conversation, I was informed that there is a pending NAICS Code appeal filed by RhinoLabs, Case No. 2005-09-0848 on Solicitation No. 91QF4-05-0011. This was the first notice that AST received of the appeal.

Please consider this letter as a Motion to Intervene in the proceedings in Case No. 2005-09-0848. AST would like the opportunity to participate in the appeal process and receive a copy of all documents filed in the case to date. I would be happy to copy the documents from your office if that is the most efficient means of obtaining the documents.

I look forward to hearing from you.

Very truly yours,

STINSON MORRISON HECKER LLP

Lawrence P. Block

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

cc:     Advanced Systems Technology, Inc.