# Exhibit G

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
WASHINGTON, D.C.

| | |
|---|---|
| NAICS APPEAL OF:<br><br>RhinoCorps, Ltd.<br><br>    Appellant<br><br>Solicitation No. W91QF4-05-R-0011<br>U.S. Army Contracting Agency<br>Northern Region Contracting Center<br>Fort Leavenworth, Kansas | Docket No. NAICS-2005-09-08-48 |

## APPEARANCES

Anthony Contri, Esq., President, RhinoCorps, Ltd. Appellant

Lawrence P. Block, Esq., Stinson Morrison Hecker LLP, (Advanced Systems Technology, Inc.)

## ORDER DENYING MOTION TO INTERVENE

On September 13, 2005, this Office issued a Notice and Order in this case that closed the record on September 28, 2005.

On October 5, 2005 this Office received a Motion to Intervene in this case from Advanced Systems Technology, Inc., ("AST"). AST's counsel offered that AST is the incumbent contractor for the services described in RFP No. 91QF4-05-0011. Counsel also explained the reason it was moving to intervene on this date was because he was not aware of this case until October 5, 2005. Counsel offered no other reason for his Motion to Intervene.

Given the short suspense dates applicable to NAICS appeals and the need for prompt decision making to further the goals of the procurement process, this Office generally will not permit intervention after the close of the record in NAICS appeals. Therefore, AST's Motion to Intervene is DENIED.

October 7, 2005

THOMAS B. PENDER
Administrative Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2005, I served the foregoing, by facsimile upon the following:

Fred Jonas, Vice president
Rhino Corps, Ltd., Co.
1128 Pennsylvania N.E., Suite 100
Albuquerque, NM 87110
Fax (505) 323-9863

Lawrence P. Block, Esq.
Stinson Morrison Heckler LLP
Counsel to Advanced Systems
Technology Incorporated
1150 18th Street, N.W.
Washington, DC 20036-3816
Fax (202) 785-9163

Leslie D. Messer, Contracting Officer
Army Contracting Agency
Northern Region Contracting Center –
Fort Leavenworth
600 Thomas Avenue, Unit 3
Fort Leavenworth, KS 66027-1417
Fax (913) 684-3858

John W. Klein, Esq.
*Assoc. General Counsel for Procurement Law*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6873

David A. Javdan, Esq.
*General Counsel*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6846

*Patricia Lee*
Patricia Lee
Office of Hearings and Appeals