# Exhibit K

NAICS-4736

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
WASHINGTON, D.C.

| | |
|---|---|
| NAICS APPEAL OF: | ) |
| | ) |
| RhinoCorps, Ltd. | ) Docket No. NAICS-2005-09-08-48 |
| | ) |
| Appellant | ) Decided: October 7, 2005 |
| | ) |
| Solicitation No. W91QF4-05-R-0011 | ) |
| U.S. Army Contracting Agency | ) |
| Northern Region Contracting Center | ) |
| Fort Leavenworth, Kansas | ) |

MOTION FOR RECONSIDERATION

Advanced Systems Technology, Incorporated ("AST"), 4111 West Gore Blvd., Lawton, OK 73505, (580) 248-0321, by and through undersigned counsel, hereby timely moves for reconsideration of (1) the decision issued in the above-referenced case on October 7, 2005 and (2) the Board's denial of the Motion to Intervene filed by AST. AST is an interested party as the incumbent contractor who will not be able to bid if the NAICS Code change is revised from NAICS Code 541710 to 541511. In support of the Motion for Reconsideration, AST attaches and incorporates herein, the appeal filed today by AST regarding Solicitation No. W91QF4-05-R-0011 which sets forth with particularity the issues with the Board's decision dated October 7, 2005 which formed the basis for the revision in the NAICS Code in the Solicitation.

Sincerely,

STINSON MORRISON HECKER LLP

Lawrence P. Block

DB03/504006 0026/6607527.1