CO-386-online
10/03

# United States District Court
# For the District of Columbia

Advanced Systems Technology, Inc.  )
)
)
)
             Plaintiff  )      Civil Action No._____
         vs             )
)
Hector V. Barrito       )
U.S. Small Business Administration )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Advanced Systems Technology, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Advanced Systems Technology, Inc.__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__430470__
BAR IDENTIFICATION NO.

__Michael E. Tucci__
Print Name

__1150 18th St., N.W., Ste. 800__
Address

__Washington__    __DC__    __20036__
City          State         Zip Code

__(202) 785-9100__
Phone Number