## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADVANCED SYSTEMS TECHNOLOGY, INC.   )
                                       )
          Plaintiff,               )
                                       )
     v.                            )     Civil Action No. _____
                                       )
HECTOR V. BARRITO, ET. AL.,        )
                                       )
          Defendant.            )
_____)

### PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Comes Plaintiff Advanced Systems Technology, Inc. ("AST") and respectfully requests that this court issue a temporary restraining order in the form of the proposed order submitted herewith and in support of its application would respectfully show the court as follows.

1.    Plaintiff has filed contemporaneously herewith its Verified Complaint for Injunctive and Declaratory Relief.  In it, Plaintiff details the facts underlying this controversy.  In general, Plaintiff's complaint alleges that it is the incumbent on two defense-related government contracts, that as a result of an appeal from a competing contractor, the North American Industry Classification System ("NAICS") code for each contract has been changed after the solicitation was sent to prospective bidders.  Plaintiff is precluded from bidding under the changed code, and its rights were therefore adversely effected.  Plaintiff never received notice of either proceeding which sought to change the NAICS code prior to the issuance of the Order changing the code and has been precluded from presenting its position by Orders of the Office of Hearings and Appeals of the Small Business Administration.  The lack of notice to AST and precluding AST from participating

in the NAICS appeal process violates the Administrative Procedures Act and AST's constitutionally protected due process rights.

2.    Plaintiff has also filed contemporaneously herewith a Motion for Preliminary Injunction and Memorandum in Support thereof. In those pleadings, Plaintiff details its arguments in support of preliminary injunction, namely that it will likely succeed on the merits of its claims and that it will suffer irreparable harm if the solicitation and/or awards are not enjoined. Those pleadings are incorporated herein.

3.    The matter is urgent. Under one contract, the solicitation closed October 6, 2005 and an award is pending and could be made any day. Under the other solicitation proposals are due October 27, 2005.

4.    The temporary restraining order and preliminary injunction will have minimal effect on defendants. The contracts currently in place continue to January and February, 2006, respectively. Therefore, the contract services will continue to be available to the government under existing contracts at least until then.

5.    Plaintiff has informed counsel for the defendants of its filing of this application and has served all papers filed by hand or facsimile this date on the following counsel:

> NRCC Leavenworth Division
> c/o Viola Owens
> 600 Thomas Avenue, Unit 3
> Room 254
> Fort Leavenworth, KS 66027-1417

6.    Plaintiff is prepared to post adequate security should the court grant its application. Given the circumstances noted above, specifically the fact that a temporary restraining order and/or preliminary injunction are likely to result in minimal damage if improperly granted, Plaintiff respectfully suggests that security in the amount of $1000.00 is sufficient.

Wherefore, Plaintiff prays that the court grant this Application for a Temporary Restraining Order, requiring bond of Plaintiff in the amount of $1000 and set this matter on Plaintiff's request for preliminary injunction and grant Plaintiff such further relief that is just and reasonable.


Dated:  October 24, 2005

LAWRENCE BLOCK (#452190)
HARVEY REITER (#232942)
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C.  20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff Advanced Systems Technology, Inc.*