IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. _____ | |
| ) | | |
| HECTOR V. BARRITO, ET AL. ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

## **TEMPORARY RESTRAINING ORDER**

On October ____, 2005, this matter came on for hearing on Plaintiff's Application for Temporary Restraining Order (the "Application"). The Court, having considered the application, the files and records of this case, and the evidence and argument presented at the hearing, and being fully advised in the premises, finds that the Application should be granted. Accordingly, it is hereby ORDERED, ADJUGED, and DECREED:

1. In accordance with Rule 65(b) of the Federal Rules of Civil Procedure, the Army Contracting Agency ("ACA") Northern Region Contracting Center, Fort Leavenworth is enjoined during the pendency of this action from (a) awarding a contract pursuant to Solicitation W91RF4-05-R-0008 and (b) Solicitation No. W-91QF4-05-R-0011.

2. This Temporary Restraining Order shall be effective upon plaintiff's posting security in the sum of $1,000.00 for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined,

such bond to be approved by the Court or the Clerk of the Court or in the form of a check delivered to the Clerk in accordance with LCv 65.1 and 67.1.

This Temporary Restraining Order will expire on _____, 2005, unless extended by the Court. A hearing on Plaintiff's Motion for Preliminary Injunction shall be held on _____, 2006.


DATED: October _____, 2005                          _____
                                                     United States District Judge

Copies to:

Lawrence Block, Esq.
Harvey Reiter, Esq.
Michael Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036

Office of Hearings and Appeals
Small Business Administration
Suite 5900, 409 3rd Street, S.W.
Washington, DC 20416

NRCC Leavenworth Division
c/o Viola Owens
600 Thomas Avenue, Unit 3
Room 254
Fort Leavenworth, KS 66027-1417

John W. Klein, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

David A. Javdan, Esq.
U.S. Small Business Administration
409 3rd Street, S.W., Suite 5900
Washington, DC 20416