IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR V. BARRITO, ET AL. )<br>)<br>Defendants. )<br>_____) | Civil Action No. _____ |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a) and LCv 65.1(c), plaintiff Advanced Systems Technology, Inc. hereby moves for entry of a preliminary injunction against defendant Army Contracting Agency, Northern Region Contracting Center, Fort Leavenworth ("ACA-NRCC") enjoining the awards under contract solicitations W91QF4-05-R-0008 and W91QF4-05-R-0011. In support of its motion, plaintiff submits a supporting memorandum and the declaration of Paul Jemison and all exhibits thereto.

Dated: October 24, 2005

_____
LAWRENCE BLOCK (#452190)
HARVEY REITER (#232942)
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff Advanced Systems Technology, Inc.*