**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR V. BARRITO, ET. AL., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02080 ESH |

## NOTICE OF FILING

On October 24, 2005, Plaintiff filed with the Court its Verified Complaint for Injunctive and Declaratory Relief, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, a proposed Temporary Restraining Order, Plaintiff's Application for a Temporary Restraining Order, and a proposed Preliminary Injunction Order. Counsel's Certificate Pursuant to LCVr 65.1 was not filed at that time and is attached hereto.

Further, the title of the Memorandum in Support of Plaintiff's Motion for Preliminary Injunction has been changed to "Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order." The first page has been corrected and is attached hereto.

Finally, Plaintiff filed PDF copies of the Verification to the Verified Complaint and the Declaration of Paul Jemison (attached as an exhibit to the Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order). Please take notice that the originals of the Verification and Declaration are in possession of Plaintiff's counsel.

Dated: October 25, 2005

_____
LAWRENCE BLOCK (#452190)
HARVEY REITER (#232942)
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C.  20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff Advanced Systems Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing was sent this 25th day of October, 2005 via first class mail, postage prepaid to the following:

Office of Hearings and Appeals
Small Business Administration
Suite 5900, 409 3rd Street, S.W.
Washington, DC 20416

NRCC Leavenworth Division
c/o Viola Owens
600 Thomas Avenue, Unit 3
Room 254
Fort Leavenworth, KS 66027-1417

John W. Klein, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

David A. Javdan, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael E. Tucci

DB03/504006 0026/6615632.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR V. BARRITO, ET. AL., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:05-cv02080 ESH |

## COUNSEL'S CERTIFICATE PURSUANT TO LCvR 65.1

The undersigned counsel to the Plaintiff hereby certifies, pursuant to LCvR65.1, that it has provided to the adverse parties as identified below, copies of the Plaintiff's Application for a Temporary Restraining Order along with copies of the Complaint, Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, a proposed Preliminary Injunction Order and proposed Temporary Restraining Order to be presented to the Court in connection with Plaintiff's Application for a Temporary Restraining Order. The Complaint and other identified pleadings were sent to the following counsel via Federal Express next morning delivery on October 24, 2005 addressed as follows:

        Office of Hearings and Appeals
        Small Business Administration
        Suite 5900, 409 3rd Street, S.W.
        Washington, DC 20416

        NRCC Leavenworth Division
        c/o Viola Owens
        600 Thomas Avenue, Unit 3
        Room 254
        Fort Leavenworth, KS 66027-1417

John W. Klein, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

David A. Javdan, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


Dated:  October 24, 2005

_____
LAWRENCE BLOCK (#452190)
HARVEY REITER (#232942)
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C.  20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff Advanced Systems Technology, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Counsel's Certificate Pursuant to LCvR65.1 was sent Federal Express next morning delivery this 24th day of October, 2005 to the following:

Office of Hearings and Appeals
Small Business Administration
Suite 5900, 409 3rd Street, S.W.
Washington, DC 20416

NRCC Leavenworth Division
c/o Viola Owens
600 Thomas Avenue, Unit 3
Room 254
Fort Leavenworth, KS 66027-1417

John W. Klein, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

David A. Javdan, Esq.
U.S. Small Business Administration
409 3rd Street, S.W.
Suite 5900
Washington, DC 20416

United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

_____
Michael E. Tucci

DB03/504006 0026/6614747.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR V. BARRITO, ET AL. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05cv02080 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Plaintiff Advanced Systems Technology, Inc. ("AST") has moved the Court to (1) prevent the award under Solicitation No. W91QF4-05-R-0008 until the SBA Office of Hearings and Appeals considers AST's arguments in opposition to the revised North American Industry Classification System ("NAICS") and considers the true nature of the work performed under the contract and (2) suspend the end of the response due date and prevent the award under Solicitation No. W91QF4-05-R-0011 until the SBA Office of Hearings and Appeals considers AST's arguments in opposition to the revised NAICS Code and considers the true nature of the work performed under the contract. The injunctive relief should be pending this Court's review of the prior decisions of the SBA through its Office of Hearings and Appeals and any further action directed to be taken by the SBA Office of Hearings and Appeals on remand.

As set forth below, the requirements for a preliminary injunction are amply satisfied. An injunction should be issued so that AST is allowed to participate in the appeal process and to prevent irreparable injury to AST through the loss of its workforce