UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED SYSTEMS TECHNOLOGY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v  ) | **CIVIL ACTION NO. 05-2080 (ESH)** |
| ) | |
| **HECTOR V. BARRITO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss. Upon consideration of defendants' Motion, the opposition thereto and the relevant law, it is this ___ day of _____, 2005 hereby

ORDERED that defendants' Motion to Dismiss is GRANTED, and it is further

ORDERED that this matter is dismissed, without prejudice.

                                                                                    _____
                                                                                    ELLEN SEGAL HUVELLE
                                                                                    United States District Judge

copies: via ECF