## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED SYSTEMS TECHNOLOGY, INC.    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. |
| ) | 1:05cv02080 ESH |
| HECTOR V. BARRITO, ET AL.,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

## ORDER

This matter is before the Court on the Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure filed by defendants.  Upon consideration of the motion, and plaintiff's response in opposition thereto, the Court finds that it has subject matter jurisdiction over the claims in this action.  Therefore, the Motion to Dismiss is denied.

SO ORDERED.


DATED: _____, 2005        _____
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge



Copies:  via ECF

DB03/504006 0027/6620776.1