UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED SYSTEMS TECHNOLOGY,** | ) |
| Plaintiff, | ) ) ) |
| v | ) CIVIL ACTION NO. 05-2080 (ESH) ) |
| **HECTOR V. BARRITO, et al.,** | ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for a Preliminary Injunction. Upon consideration of Plaintiff's Motion, the opposition thereto and the relevant law, it is this ___ day of _____, 2005 hereby

ORDERED that plaintiff's Motion for a Preliminary Injunction is DENIED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

copies: via ECF