## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ADVANCED SYSTEMS TECHNOLOGY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.  05-2080 (ESH)** |
| | : | |
| **HECTOR V. BARRITO,** *et al.***,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss.  Upon consideration of defendants' Motion, the opposition thereto and the relevant law, it is this 1st day of November, 2005, hereby

**ORDERED** that defendants' Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that this matter is dismissed, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction.  A Memorandum Opinion will follow later today.

_____
                 s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  November 1, 2005